# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Kathryn A. Price, et al.,
    Plaintiff(s),

v.

Medicaid Director, Office of Medical Assistance, et al.,
    Defendants.

Case No. 1:13cv74
(Litkovitz, MJ ; Consent Case)

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Pursuant to (Doc. 121).

ORDER that plaintiffs' [77] MOTION for class certification and appointment of class counsel is Granted. Plaintiffs' current counsel is hereby Appointed to serve as class counsel. The following class is certified: All Ohio individuals who meet the eligibility standards for the assisted living Medicaid waiver for the months occuring no earlier than three months prior to the month of application, but who are denied coverage under the assisted living Medicaid waiver for all or some of those months. Plaintiffs' [74] MOTION for summary judgment is Granted, and defendants' [89] MOTION for summary judgment is Denied. Signed by Magistrate Judge Karen L. Litkovitz on 9/1/2015.

Date: September 1, 2015

Richard W. Nagel, Clerk of Court

By:   s/Arthur Hill, deputy clerk