UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATHRYN A. PRICE, *et al.*,
    Plaintiffs,

vs.

MEDICAID DIRECTOR, OFFICE OF
MEDICAL ASSISTANCE, *et al.*,
    Defendants.

Case No. 1:13-cv-74
Litkovitz, M.J.

**ORDER**

This matter is before the Court on defendants' motion to stay briefing on plaintiffs' motion for attorney fees and costs or, in the alternative, for an expedited briefing schedule on the motion to stay briefing. (Doc. 127).

It is hereby **ORDERED** that plaintiffs' response to defendants' motion to stay briefing on plaintiffs' motion for attorney fees and costs be filed by **October 30, 2015**, and defendants' reply thereto be filed by **November 6, 2015**. The Court hereby **STAYS** the defendants' response time for filing a memorandum in opposition to plaintiffs' motion for attorney fees and costs pending the Court's resolution of the instant motion to stay briefing.

    **IT IS SO ORDERED.**

Date: 10/21/15

Karen L. Litkovitz
United States Magistrate Judge