UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATHRYN A. PRICE, et al.,
    Plaintiffs,

vs.

MEDICAID DIRECTOR, OFFICE OF
MEDICAL ASSISTANCE, et al.,
    Defendants.

Case No. 1:13-cv-74
Litkovitz, M.J.

**ORDER**

On September 30, 2016, the Sixth Circuit Court of Appeals reversed this Court's Order dated September 1, 2015. (Docs. 121, 143). The Sixth Circuit's mandate issued on October 25, 2016. (Doc. 144). Pursuant to the Sixth Circuit's order and mandate, summary judgment is hereby entered in favor of defendants on all claims. Accordingly, this case is **DISMISSED** and **TERMINATED** on the docket of this Court. Because plaintiffs are no longer the prevailing party, their motion for attorney fees and costs (Doc. 125) is **DENIED**.

    **IT IS SO ORDERED.**

Date: 10/31/16

Karen L. Litkovitz
United States Magistrate Judge